Probation Form No. 35
(5/00)

Report and Order Terminating
Probation or Supervised Release
Before Original Expiration Date

**United States District Court**
**for the**
**Southern District of Texas**

United States of America

versus

Criminal Case: 4:00CR00562-002

George Murphy

On August 30, 2005, this defendant was placed on supervision for four years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

Shelley M. D'Pulos
United States Probation Officer

**Order of Discharge**

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed October 22, 2008, at Houston, Texas.

Ewing Werlein, Jr.
United States District Judge

Pursuant to Rule 32.1(c)(2)(C), F.R.C.P., the United States Attorney was served notice on **September 26, 2008.**